UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE PAPANTONIADIS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>Defendants. | No. 2:13-CV-00223-KJM-DAD<br><br><br><br>ORDER |

        On July 28, 2014, plaintiff filed an ex parte application seeking to extend the deadline for filing dispositional documents to August 11, 2014. (ECF 39.) Plaintiff reasons a final extension is warranted because plaintiff "simply needs additional time for receipt and clearance of [the] settlement draft." (*Id.* at 3.) Specifically, plaintiff states "[a]lthough a finalized settlement agreement was reasonably believed to have been reached when [p]laintiff previously requested an extension to file dispositional documents, [p]laintiff discovered an additional term that required revision." (*Id.*) Plaintiff further represents that "parties have now agreed to the terms of a finalized settlement agreement . . . , and [p]laintiff's counsel simply awaits an executed copy of the agreement from [p]laintiff and reasonably believes that the executed agreement will be received as early as . . . July 28, 2014." (*Id.*)

1

1    The court has extended the deadline for filing dispositional documents in this case
2 on three prior occasions. (ECFs 34, 36, & 38.) In the court's final order, granting the third
3 request to extend the deadline for filing dispositional documents, the court noted that no further
4 extensions of time would be granted. (ECF 38.) As of August 7, 2014, no dispositional
5 documents have been filed.
6    Accordingly, plaintiff is hereby ORDERED, within seven (7) days of entry of this
7 order, to show cause why this case should not be dismissed for failure to prosecute and for failure
8 to comply with the court's orders.
9    IT IS SO ORDERED.
10 DATE: August 11, 2014.

_____
UNITED STATES DISTRICT JUDGE